ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SCOTT D. GOLDSMITH (State Bar No. 259499)
sdg@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD DUNAGAN,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:15-cv-04826-CRB<br>Hon. Judge Charles R. Breyer<br><br>Ctrm. 6<br><br>**CLASS ACTION**<br><br>**STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a); [PROPOSED] ORDER**<br><br>Action Filed:   October 20, 2015<br>Trial Date:       None Set |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Edward Dunagan ("Plaintiff") (collectively referred to as the "Parties"), through their respective counsel of record hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed his class action complaint in this matter on October 20, 2015, in the United States District Court for Northern District of California;

WHEREAS, subject to one stipulation enlarging time, Wells Fargo's time to file its responsive pleading was extended to December 7, 2015;

WHEREAS, Plaintiff contends he resides in Southern California and his attorneys handling this matter are not located in the Northern District of California;

WHEREAS, Wells Fargo contends its witnesses in this matter and handling attorneys are not located in the Northern District of California and are mainly located in Southern California;

./.1                                                                                         3:15-cv-04826 LB
STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

1      WHEREAS, the Parties stipulate and agree that the United States District Court for the
2 Southern District of California ("Southern District"), has superior connection to this case under
3 the applicable private and public interest factors; and,
4      WHEREAS, the parties agree that the Southern District is a viable and appropriate
5 alternate venue;
6      NOW, THEREFORE, IT IS HEREBY STIPULATED:
7      1.    This action shall be transferred to the United States District Court for the Southern
8 District of California;
9      **IT IS SO STIPULATED.**

10 DATED: December 2, 2015       SEVERSON & WERSON
                                           A Professional Corporation

By:   */s/ Scott D. Goldsmith*
          Scott D. Goldsmith
Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: December 2, 2015       KAZEROUNI LAW GROUP, APC

By:   */s/ Abbas Kazerouni*
          Abbas Kazerouni
Attorneys for Plaintiff EDWARD DUNAGAN

1  Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, Scott D. Goldsmith, attest
2  that concurrence in the filing of this document has been obtained from each of the other
3  signatories.

4
   DATED:  December 2, 2015           SEVERSON & WERSON
5                                      A Professional Corporation
6

7                                      By:    */s/ Scott D. Goldsmith*
8                                             Scott D. Goldsmith
                                        Attorneys for Defendant WELLS FARGO BANK, N.A.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the clerk to transfer this action, in its entirety, to the Southern District of California, for all further proceedings.

DATED:  December 6, 2015

By: _____
Honorable Charles R. Breyer
United States District Court Judge