1  ERIC J. TROUTMAN - SBN 229263
   troutman.eric@dorsey.com
2  SCOTT D. GOLDSMITH - SBN 259499
   goldsmith.scott@dorsey.com
3  DORSEY & WHITNEY LLP
   600 Anton Boulevard
4  Suite 2000
   Costa Mesa, CA 92626-7655
5  Telephone:   (714) 800-1400
   Facsimile:   (714) 800-1499
6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA — SAN DIEGO DIVISION

| EDWARD DUNAGAN, | Case No. 3:15-cv-02757-CAB-BLM |
| --- | --- |
| Plaintiff, | Judge Cathy A. Bencivengo<br>Magistrate Judge Barbara L. Major |
| vs. | **JOINT MOTION TO DISMISS** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| | Action Filed:   October 20, 2015<br>Trial Date:   None Set |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties respectfully move the Court for an order dismissing the above-captioned matter in its entirety with prejudice. Each party shall bear its/her own costs and attorneys' fees.

DATED: June 30, 2016          DORSEY & WHITNEY LLP


By:   *s/ Scott D. Goldsmith*
           Scott D. Goldsmith

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: June 30, 2016          KAZEROUNI LAW GROUP
                              A Professional Corporation


By:   *s/ Mathew M. Loker*
           Matthew M. Loker

Attorneys for Plaintiff Edward Dunagan

1 | Pursuant to Local Rules regarding signatures, I, Scott D. Goldsmith, attest
2 | that concurrence in the filing of this document has been obtained from each of the
3 | other signatories.

5 | DATED: June 30, 2016         DORSEY & WHITNEY LLP

By: _*s/ Scott D. Goldsmith*_
　　　　Scott D. Goldsmith

Attorneys for Defendant WELLS FARGO BANK, N.A.